B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

## District of South Carolina

In re: __Gup's Hill Plantation, LLC_____,     Case No. __15-04492-dd_____
            Debtor                                                  (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                     SOURCE

See attached schedule

B7 (Official Form 7) (04/13)                                                                                          2

**2.  Income other than from employment or operation of business**

None



State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                              SOURCE

---

**3.  Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None

☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None

☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

See attached schedule

---

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                  3

None ☐
    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

Bettis C. Rainsford, Box 388, Edgefield, SC
See attached schedule

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐
    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

See attached schedule

---

None ☑
    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**5. Repossessions, foreclosures and returns**

None ☐
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Wells Fargo Bank, Gup's Hill Property, LLC | 06/22/2015 | Dozier Tract $125,713.79 |

---

B7 (Official Form 7) (04/13)                                                                                                      4

**6.  Assignments and receiverships**



a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|



b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

**7.  Gifts**



List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**



List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                            5

### 9.  Payments related to debt counseling or bankruptcy

None 

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 10.  Other transfers

None ☐

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

See attached schedule

None ☑

b.   List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                      6

**12. Safe deposit boxes**



List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**



List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**



List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**



If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                    7

### 16. Spouses and Former Spouses



If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.



a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|



b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|



c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

### 18 . Nature, location and name of business

a.  *If the debtor is an individual,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or

B7 (Official Form 7) (04/13)                                                                                    8

other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Edgefield Inn | 58-2326475 | 702 Augusta Road, Edgefield, SC 29824 | Hotel | Nov., 1997-Present |

None
[✓]    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                   ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
[ ]    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                        DATES SERVICES RENDERED

Bettis C. Rainsford                                                          1997-present
108 1/2 Court House Square, Edgefield, SC 29824


None
[✓]    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                   ADDRESS                          DATES SERVICES RENDERED

B7 (Official Form 7) (04/13)                                                                                          9

None
[✓]    c.  List all firms or individuals who at the time of the commencement of this case were in possession of the
       books of account and records of the debtor.  If any of the books of account and records are not available, explain.

       NAME                                          ADDRESS

None
[ ]    d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
       financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

       NAME AND ADDRESS                              DATE ISSUED

       AgSouth Farm Credit                           06/23/2014

**20.  Inventories**

None
[✓]    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the
       taking of each inventory, and the dollar amount and basis of each inventory.

       DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT
                                                            OF  INVENTORY
                                                            (Specify cost, market or other basis)

None
[✓]    b.  List the name and address of the person having possession of the records of each of the inventories reported
       in a., above.

       DATE OF INVENTORY                             NAME AND ADDRESSES
                                                     OF CUSTODIAN
                                                     OF INVENTORY RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None
[ ]    a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
       partnership.

       NAME AND ADDRESS         NATURE OF INTEREST        PERCENTAGE OF INTEREST

       Bettis C. Rainsford      Sole Member               100.00

None
[ ]    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
       directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the
       corporation.
                                                         NATURE AND PERCENTAGE
       NAME AND ADDRESS                 TITLE            OF STOCK OWNERSHIP

B7 (Official Form 7) (04/13)                                                                                                10

**22 . Former partners, officers, directors and shareholders**

None
[✓]
a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                    DATE OF WITHDRAWAL

None
[✓]
b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE                      DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
[ ]
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS               DATE AND PURPOSE            AMOUNT OF MONEY
OF RECIPIENT,                OF WITHDRAWAL              OR DESCRIPTION
RELATIONSHIP TO DEBTOR                                  AND VALUE OF PROPERTY

Bettis C. Rainsford. See attached
schedule also submitted as 3c

---

**24. Tax Consolidation Group.**

None
[✓]
If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION        TAXPAYER-IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
[✓]
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND              TAXPAYER-IDENTIFICATION NUMBER (EIN)

* * * * * *

*[If completed by an individual or individual and spouse]*

B7 (Official Form 7) (04/13)                                                                                                11

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____          Signature of Debtor _____

Date _____          Signature of Joint Debtor (if any) _____

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **10/22/2015**                          Signature _____

                                         Print Name and Title **Bettis C. Rainsford, Member/Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**25** continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

## Gup's Hill Plantation, LLC
### Case Number 15-04492-dd

### Statement of Financial Affairs
### Question 1.
### Income from Employment or Operation of Business

| | Jan 1-Aug 18 2015 | Full Year 2014 | Full Year 2013 |
|---|---|---|---|
| **Revenue** | | | |
| **Rental Properties** | | | |
| Thomas Property | 3,200 | 2,400 | 0 |
| Bay Cottage | 2,348 | 4,470 | 3,319 |
| Post Office | 35,150 | 48,331 | 57,119 |
| Goodin House | 3,200 | 3,200 | 0 |
| Old Edgefield Grill | 4,000 | 3,000 | 0 |
| Turner Building | 6,825 | 15,575 | 12,000 |
| **Total Rental Properties** | 54,723 | 76,976 | 72,438 |
| Timberland | 7,425 | 453,252 | 5,411 |
| Edgefield Inn | 333,119 | 505,876 | 478,708 |
| **Total Revenue** | 449,990 | 1,113,081 | 628,995 |
| | | | |
| **Expenses** | | | |
| **Rental Properties** | | | |
| Bay Cottage | 0 | 180 | 2,187 |
| Thomas Property | 0 | 0 | 6,586 |
| Carpenter's Stand | 0 | 3 | 172 |
| Goodin House | 479 | 350 | 3,354 |
| Industrial Park | 0 | 700 | 4,302 |
| Little House | 183 | 334 | 467 |
| Post Office | 36,586 | 27,813 | 33,246 |
| Rectory | 0 | 21 | 1,020 |
| Old Edgefield Grill | 4,792 | 23 | 8,736 |
| Penn Square Building | 283 | 381 | 249 |
| Turner Building | 1,304 | 1,491 | 5,600 |
| **Total Rental Properties Expenses** | 43,629 | 31,297 | 65,920 |
| **Timberland** | | | |
| Repair & Maintenance | | | |
| **Totatl Timberland Expenses** | 7,266 | 33,998 | 22,151 |
| **Edgefield Inn** | | | |
| Administrative Expenses | 15,994 | 33,309 | 31,765 |
| Payroll Expenses | 121,264 | 212,639 | 204,538 |
| Payroll Tax Expense | 11,910 | 22,401 | 15,927 |
| Real Estate Expenses | 32,454 | 43,463 | 38,062 |
| Supply Expenses | 22,126 | 40,240 | 24,420 |
| Utility Expenses | 42,803 | 63,036 | 58,298 |
| **Total Inn Expenses** | 246,550 | 415,087 | 373,010 |
| | | | |
| **Total Expenses** | 297,445 | 480,382 | 461,080 |
| | | | |
| **Net Income** | | | |
| Rental Properties | 11,094 | 45,680 | 6,518 |
| Timberland | 7,425 | 419,254 | (16,740) |
| Edgefield Inn | 86,568 | 90,789 | 105,699 |
| **Total Net Income** | 105,088 | 555,723 | 95,477 |

# Gup's Hill Plantation, LLC
## Case Number 15-04492-dd

## Statement of Financial Affairs
### Question 3.b.
### Payments to Creditors
#### May 19, 2015 - August 18, 2015

| Type | Date | Num | Name | Memo | Account | Amount |
|---|---|---|---|---|---|---|
| General Journal | 05/19/2015 | PURCH | Bi Lo Grocery Store | Bi-Lo | Breakfast Supplies | 240.84 |
| Check | 05/19/2015 | 1734 | Town of Edgefield | 58-2326475 - Annual Business License | Licenses, Dues, & Subscription | 35.06 |
| Check | 05/19/2015 | 1736 | Alex Glanton | Alex pay for week of 05/15 | Contract Labor | 100.00 |
| General Journal | 05/20/2015 | PURCH | Heritage Hardware | Heritage Hardware | Building Repairs | 18.21 |
| Check | 05/22/2015 | 1606 | Mike McKelvin | | Grounds Maintenance | 80.00 |
| General Journal | 05/26/2015 | PURCH | Bi Lo Grocery Store | Bi-Lo | Breakfast Supplies | 41.17 |
| General Journal | 05/27/2015 | PURCH | Bi Lo Grocery Store | Bi-Lo | Breakfast Supplies | 28.62 |
| Check | 05/28/2015 | 1766 | Alex Glanton | Alex pay for week of 05/28 | Contract Labor | 0.00 |
| Check | 05/28/2015 | 1767 | ECDA | Business Membership | Marketing, Ads/Promotions | 50.00 |
| Check | 05/29/2015 | 1768 | Bettis C. Rainsford | | Bettis C. Rainsford | 1,000.00 |
| Check | 05/29/2015 | 1769 | Kathryn S. Rainsford | | Bettis C. Rainsford | 1,000.00 |
| General Journal | 05/29/2015 | PURCH | Bi Lo Grocery Store | Bi-Lo | Breakfast Supplies | 76.51 |
| Payment | 05/31/2015 | Payment | Atlanta Postal Credit Union | Payment by check directly paid to APCU | Payment of Interest & Princ. | 4,393.75 |
| General Journal | 06/01/2015 | PURCH | Dollar General Store | Dollar General | Miscellaneous Supplies | 29.96 |
| General Journal | 06/01/2015 | PURCH | Sam's Club | Sam's Club | Breakfast Supplies | 378.40 |
| Check | 06/01/2015 | 1771 | FB Acquisition Property I, LLC | June 1st Payment | Building loan | 3,000.00 |
| General Journal | 06/01/2015 | CC | Bettis C. Rainsford | Office Management | Bettis C. Rainsford | 3,750.00 * |
| General Journal | 06/03/2015 | yahoo | Yahoo.com | Yahoo | Management Information System | 13.94 |
| General Journal | 06/03/2015 | PURCH | Bi Lo Grocery Store | Bi-Lo | Breakfast Supplies | 122.91 |
| Check | 06/03/2015 | 1772 | Bettis C. Rainsford, Jr. | | Bettis C. Rainsford | 2,000.00 |
| Check | 06/03/2015 | 1773 | Bettis C. Rainsford, Jr. | | Bettis C. Rainsford | 700.00 |
| Check | 06/04/2015 | 1760 | Bettis C. Rainsford | | Bettis C. Rainsford | 5,500.00 |
| Check | 06/04/2015 | 1761 | Alex Glanton | Alex pay for week of 05/28 | Garnishments | 0.00 |
| Check | 06/04/2015 | 1789 | Debra Pacifico | Turner Building | Bettis C. Rainsford | 500.00 |
| General Journal | 06/08/2015 | PURCH | Dollar General Store | Dollar General | Housekeeping & Laundry | 31.66 |
| General Journal | 06/08/2015 | PURCH | Bi Lo Grocery Store | Bi-Lo | Breakfast Supplies | 36.02 |
| General Journal | 06/08/2015 | yahoo | Yahoo.com | Yahoo | Management Information System | 19.99 |
| General Journal | 06/08/2015 | | Network Solutions | Web Network Solutions | Management Information System | 64.95 |
| Check | 06/08/2015 | 1784 | Fred Freeman | Repairing lawnmower | Grounds Maintenance | 584.03 |

| Type | Date | Num | Name | Memo | Account | Amount |
|---|---|---|---|---|---|---|
| General Journal | 06/09/2015 | PURCH | Bi Lo Grocery Store | Bi-Lo | Breakfast Supplies | 147.82 |
| General Journal | 06/09/2015 | PURCH | Freds | Freds | Housekeeping & Laundry | 9.63 |
| Check | 06/09/2015 | 1785 | Bettis C. Rainsford | | Bettis C. Rainsford | 1,500.00 |
| Check | 06/09/2015 | 1786 | Edgefield Storage LLC | | Bettis C. Rainsford | 600.00 |
| General Journal | 06/10/2015 | PURCH | Dollar General Store | Dollar General | Housekeeping & Laundry | 21.40 |
| General Journal | 06/11/2015 | 1787 | Sam's Club | Sam's Club | Linen Replacement | 230.63 |
| Check | 06/11/2015 | 1788 | Edgefield County Chamber of Comn #115 | Loan | Marketing, Ads/Promotions | 100.00 |
| Check | 06/12/2015 | 1800 | Kathryn S. Rainsford | | Bettis C. Rainsford | 200.00 |
| Check | 06/12/2015 | 1802 | Ryans Mathis, April | | Employee Advances | 300.00 |
| Check | 06/12/2015 | 1801 | Fred Caprio | VOID: | Grounds Maintenance | 0.00 |
| Check | 06/12/2015 | 1803 | Fred Freeman | pole saw repair | Grounds Maintenance | 65.49 |
| Check | 06/15/2015 | PURCH | Debra Pacifico | Turkey Shoppe Roof | Bettis C. Rainsford | 1,300.00 |
| General Journal | 06/15/2015 | 1804 | Bi Lo Grocery Store | Bi-Lo | Breakfast Supplies | 76.00 |
| Check | 06/15/2015 | PURCH | Bettis C. Rainsford | | Bettis C. Rainsford | 1,000.00 |
| General Journal | 06/16/2015 | PURCH | Postmaster | | Postage and Delivery | 49.00 |
| General Journal | 06/17/2015 | PURCH | Staples | Staples - new telephones | Office Equipment Costs | 307.60 |
| General Journal | 06/17/2015 | 1807 | Bi Lo Grocery Store | Bi-Lo | Breakfast Supplies | 153.63 |
| General Journal | 06/17/2015 | PURCH | Folk-Mercantile LLC | | Bettis C. Rainsford | 1,200.00 |
| General Journal | 06/18/2015 | | Sam's Club | Sam's Club | Breakfast Supplies | 92.16 |
| General Journal | 06/18/2015 | | Walmart | | Housekeeping & Laundry | 21.52 |
| General Journal | 06/18/2015 | exp payment | EXPEDIA | Expedia | Regions Operating DIP 7464 | -34.50 |
| General Journal | 06/18/2015 | exp payment | EXPEDIA | Expedia | Expedia Room Bookings | 279.47 |
| General Journal | 06/18/2015 | punch | Lowe's | Lowes | Building Repairs | 151.12 |
| General Journal | 06/19/2015 | 1824 | Debra Pacifico | Turner Building Roof | Bettis C. Rainsford | 500.00 |
| Check | 06/22/2015 | PURCH | Dollar General Store | Dollar General | Miscellaneous Supplies | 93.04 |
| General Journal | 06/22/2015 | 1819 | Fred Freeman | Still Saw Repair | Grounds Maintenance | 505.10 |
| Check | 06/23/2015 | 1820 | Bettis C. Rainsford | | Bettis C. Rainsford | 2,000.00 |
| Check | 06/23/2015 | PURCH | Bi Lo Grocery Store | Bi-Lo | Breakfast Supplies | 179.62 |
| General Journal | 06/23/2015 | 1821 | Gerrard, Anthony | | Employee Advances | 1,000.00 |
| Check | 06/24/2015 | 1822 | Emmons Off Road Rescue Systems | | Maintenance & Repairs | 216.38 |
| Check | 06/24/2015 | 1826 | Bettis C. Rainsford | | Bettis C. Rainsford | 1,500.00 |
| Check | 06/25/2015 | PURCH | Dollar General Store | Dollar General | Miscellaneous Supplies | 76.72 |
| General Journal | 06/25/2015 | PURCH | Heritage Hardware | Heritage Hardware | Maintenance & Repairs | 21.24 |
| Check | 06/26/2015 | PURCH | Heritage Hardware | Heritage Hardware | Maintenance & Repairs | 12.28 |
| Check | 06/26/2015 | 1828 | Edgefield Storage LLC | Payroll Checks from the Inn printed on Edge | Edgefield Storage, LLC | 926.68 |
| Check | 06/26/2015 | 1831 | Mike McKelvin | | Grounds Maintenance | 420.00 |
| General Journal | 06/26/2015 | chargeback | | | Room revenue (Taxable) | 490.00 |
| General Journal | 06/29/2015 | PURCH | Network Solutions | Network Solutions - Web Hosting/Forwardin | Management Information Syste | 184.95 |
| General Journal | 06/29/2015 | PURCH | Bi Lo Grocery Store | Bi-Lo | Breakfast Supplies | 103.93 |
| General Journal | 06/29/2015 | 1614 | Edgefield Storage LLC | Reimbursement for Debra Pacifico | Bettis C. Rainsford | 600.00 |
| Check | 06/29/2015 | 1833 | United States Treasury | 58-2326475 Period Ending 03/31/15 - Respo Penalities & | Inr- ER P/R Taxes | 56.79 |

| Type | Date | Num | Name | Memo | Account | Amount |
|---|---|---|---|---|---|---|
| General Journal | 06/30/2015 | PURCH | Bi Lo Grocery Store | Bi-Lo | Breakfast Supplies | 70.02 |
| General Journal | 06/30/2015 | Payment | Atlanta Postal Credit Union | Payment by check directly paid to APCU | Payment of Interest & Princ. | 4,393.75 |
| General Journal | 06/30/2015 | CC | Bettis C. Rainsford | Office Management | Bettis C. Rainsford | 3,750.00 * |
| Check | 07/01/2015 | 1832 | FB Acquisition Property I, LLC | July 1st Payment | Building loan | 3,000.00 |
| General Journal | 07/02/2015 | CC Fee | Central Payment Processing | CC Fee | CCard Discounts Taken (Fees) | 1,277.62 |
| Check | 07/02/2015 | 1843 | Mike McKelvin | | Grounds Maintenance | 480.00 |
| General Journal | 07/02/2015 | cash pd out | | Pressure washing paid out of cash | Undeposited Funds | 104.51 |
| General Journal | 07/03/2015 | CC | Heritage Hardware | Heritage Hardware | Building Repairs | 2.87 |
| General Journal | 07/03/2015 | CC | Yahoo.com | Yahoo Domain | Computer Support & Maint. | 13.94 |
| General Journal | 07/03/2015 | PURCH | Bi Lo Grocery Store | Bi-Lo | Breakfast Supplies | 112.30 |
| General Journal | 07/06/2015 | PURCH | Dollar General Store | Dollar General | Housekeeping & Laundry | 62.86 |
| General Journal | 07/09/2015 | PURCH | Bi Lo Grocery Store | Bi-Lo | Breakfast Supplies | 92.93 |
| Check | 07/09/2015 | 1844 | Mike McKelvin | | Grounds Maintenance | 480.00 |
| General Journal | 07/10/2015 | PURCH | Bi Lo Grocery Store | Bi-Lo | Breakfast Supplies | 92.72 |
| General Journal | 07/13/2015 | PURCH | Dollar General Store | Dollar General | Housekeeping & Laundry | 8.56 |
| General Journal | 07/13/2015 | PURCH | Dollar General Store | Dollar General | Housekeeping & Laundry | 100.31 |
| General Journal | 07/13/2015 | PURCH | Bi Lo Grocery Store | Bi-Lo | Breakfast Supplies | 78.64 |
| General Journal | 07/13/2015 | PURCH | Bi Lo Grocery Store | Bi-Lo | Breakfast Supplies | 16.29 |
| General Journal | 07/15/2015 | PURCH | Bi Lo Grocery Store | Main Street Service | Travel Exp. | 32.36 |
| General Journal | 07/16/2015 | PURCH | Bi Lo Grocery Store | Bi-Lo | Breakfast Supplies | 40.96 |
| General Journal | 07/16/2015 | PURCH | Sam's Club | Sam's | Breakfast Supplies | 677.18 |
| Check | 07/17/2015 | 1867 | James R. Byrd | | Maintenance & Repairs | 300.00 |
| Check | 07/17/2015 | 1879 | Mike McKelvin | Tri State Technical | Miscellaneous Supplies | 278.54 |
| Check | 07/20/2015 | 1882 | Edgefield Land Company | | Grounds Maintenance | 852.00 |
| General Journal | 07/22/2015 | PURCH | Bi Lo Grocery Store | Bi-Lo | Breakfast Supplies | 82.13 |
| Check | 07/23/2015 | 1881 | | | Bettis C. Rainsford | 2,000.00 |
| Cash Purch | 07/23/2015 | Cash Purch | Janet Burgess | Cinnamon Rolls | Breakfast Supplies | 62.50 |
| General Journal | 07/23/2015 | | | Laundromat Dryers broke | Housekeeping & Laundry | 39.76 |
| General Journal | 07/24/2015 | PURCH | Bi Lo Grocery Store | Bi-Lo | Breakfast Supplies | 160.77 |
| Check | 07/24/2015 | 1902 | Department of the Treasury | 58-2326475 | Payroll Tax Penalties & Interes | 1,025.00 |
| ECHS | 07/24/2015 | ECHS | AUTO-OWNERS INSURANCE | Edgefield Inn paid Auto Owners for ECHS or Loan to Bettis C. Rainsford | Grounds Maintenance | 1,224.50 |
| Check | 07/24/2015 | 1903 | Mike McKelvin | | Grounds Maintenance | 660.00 |
| General Journal | 07/27/2015 | CC | | In Wired Fox T | Room A/C Unit | 1,505.20 |
| General Journal | 07/27/2015 | CC | | Lock Tech Supply | Door Key System | 127.29 |
| General Journal | 07/28/2015 | PURCH | Bi Lo Grocery Store | Bi-Lo | Breakfast Supplies | 76.02 |
| General Journal | 07/28/2015 | PURCH | Dollar General Store | Dollar General | Housekeeping & Laundry | 92.82 |
| Check | 07/30/2015 | 1914 | Mike McKelvin | | Grounds Maintenance | 610.00 |
| Check | 07/31/2015 | 1930 | Fred Freeman | replaced tank grommit | Grounds Maintenance | 55.91 |
| General Journal | 07/31/2015 | PURCH | Dollar General Store | Dollar General | Housekeeping & Laundry | 84.45 |
| General Journal | 07/31/2015 | CC | Bettis C. Rainsford | Office Management | Bettis C. Rainsford | 3,750.00 * |
| General Journal | 06/30/2015 | Payment | Atlanta Postal Credit Union | Payment by check directly paid to APCU | Payment of Interest & Princ. | 4,393.75 |

| Type | Date | Number | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|---|
| General Journal | 08/03/2015 | CC Fees | Central Payment Processing | Central Payment Fee | CCard Discounts Taken (Fees) | 1,071.66 |
| General Journal | 08/03/2015 | PURCH | Bi-Lo Grocery Store | Bi-Lo | Breakfast Supplies | 217.46 |
| Check | 08/07/2015 | 1933 | Janet Burgess | Cinnamon Rolls | Breakfast Supplies | 37.50 |
| General Journal | 08/10/2015 | yahoo | Yahoo.com | Yahoo | Marketing, Ads/Promotions | 13.94 |
| General Journal | 08/10/2015 | PURCH | Bi Lo Grocery Store | Bi-Lo | Breakfast Supplies | 82.03 |
| General Journal | 08/11/2015 | PURCH | Bi Lo Grocery Store | Bi-Lo | Breakfast Supplies | 163.72 |
| Check | 08/11/2015 | 1934 | Bettis C. Rainsford | | Bettis C. Rainsford | 4,000.00 |
| Check | 08/11/2015 | 1935 | Wired Fox Technologies, Inc. | 21879 - Invoice 4 units | Room A/C Unit | 3,010.40 |
| Check | 08/13/2015 | 1952 | Janet Burgess | Cinnamon Rolls | Breakfast Supplies | 37.50 |
| General Journal | 08/13/2015 | CC | | Office Management | Bettis C. Rainsford | 1,875.00 * |
| General Journal | 08/14/2015 | PURCH | Sam's Club | Sams | Breakfast Supplies | 502.01 |
| General Journal | 08/14/2015 | PURCH | Dollar General Store | Dollar General | Breakfast Supplies | 104.59 |
| Check | 08/14/2015 | 1953 | Alex Glanton | | Contract Labor | 272.00 |
| Check | 08/14/2015 | 1954 | Mike McKelvin | | Grounds Maintenance | 288.00 |
| Check | 08/14/2015 | 1955 | Kenneth Carroll | | Grounds Maintenance | 96.00 |
| General Journal | 08/17/2015 | PURCH | Heritage Hardware | Heritage Hardware | Building Repairs | 207.11 |
| | | | | | | 84,701.10 |

* Payments accrued on the company's books but not paid in cash.

# Gup's Hill Plantation, LLC
## Case Number 15-04492-dd

### Statement of Financial Affairs
### Question 3.c.
### Schedule of Payments to Insiders

| Type | Date | Name | Memo | Amount | Comp. |
|------|------|------|------|--------|-------|
| General Journal | 08/28/14 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 300.00 | |
| General Journal | 08/28/14 | Bettis C. Rainsford | Rent Turner Building - Guardian Ad Litem | 500.00 | |
| General Journal | 09/02/14 | Bettis C. Rainsford | Rent Thomas House - Stephen Ferrell | 400.00 | |
| General Journal | 09/02/14 | Bettis C. Rainsford | Rent Goodin House - Singleton | 400.00 | |
| General Journal | 09/03/15 | Bettis C. Rainsford | Rent Turner Building - Padgett | 300.00 | |
| General Journal | 09/11/14 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 300.00 | |
| General Journal | 09/12/14 | Bettis C. Rainsford | Rent Turner Building - Jacquelynn Josey | 425.00 | |
| General Journal | 09/25/14 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 200.00 | |
| General Journal | 09/30/14 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 100.00 | |
| General Journal | 10/01/14 | Bettis C. Rainsford | Rent Thomas House - Stephen Ferrell | 400.00 | |
| General Journal | 10/02/15 | Bettis C. Rainsford | Rent Turner Building - Padgett | 300.00 | |
| General Journal | 10/06/14 | Bettis C. Rainsford | Rent Goodin House - Singleton | 400.00 | |
| General Journal | 10/06/14 | Bettis C. Rainsford | Rent Turner Building - Jacquelynn Josey | 425.00 | |
| General Journal | 10/06/14 | Bettis C. Rainsford | Rent Turner Building - Guardian Ad Litem | 500.00 | |
| General Journal | 10/08/14 | Bettis C. Rainsford | Rent Old Edgefield Grill | 1,000.00 | |
| General Journal | 10/09/14 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 140.00 | |
| General Journal | 10/30/14 | Bettis C. Rainsford | Rent Turner Building - Guardian Ad Litem | 500.00 | |
| General Journal | 11/02/14 | Bettis C. Rainsford | Rent Old Edgefield Grill | 1,000.00 | |
| General Journal | 11/03/14 | Bettis C. Rainsford | Rent Thomas House - Stephen Ferrell | 400.00 | |
| General Journal | 11/03/15 | Bettis C. Rainsford | Rent Turner Building - Padgett | 300.00 | |
| General Journal | 11/04/14 | Bettis C. Rainsford | Rent Goodin House - Singleton | 400.00 | |
| General Journal | 11/06/14 | Family Dentistry | Family Dentistry | 783.50 | |
| General Journal | 11/06/14 | Barnes Oil & Propane | Barnes Oil & Propane | 1,045.00 | |
| Check | 11/06/15 | Edgefield Storage, LLC | Theodore Plair - Warehouse mowing | 250.00 | |
| Check | 11/10/14 | Kathryn S. Rainsford | | 500.00 | |
| General Journal | 11/10/14 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 100.00 | |
| Check | 11/12/14 | Bettis C. Rainsford | | 4,500.00 | |
| Check | 11/14/14 | Bettis C. Rainsford | | 1,500.00 | |
| Check | 11/17/14 | Bettis C. Rainsford | | 1,500.00 | |
| General Journal | 11/17/14 | Family Dentistry | Family Dentistry | 308.00 | |
| General Journal | 11/18/14 | U-Haul | U-Haul for KSR | 5.68 | |
| General Journal | 11/19/14 | U-Haul | U-Haul for KSR | 250.84 | |
| General Journal | 11/20/14 | U-Haul | U-Haul for KSR | 47.94 | |

Page 1 of 4

| Type | Date | Name | Memo | Amount | |
|---|---|---|---|---|---|
| Check | 11/21/14 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 1,000.00 | |
| General Journal | 11/24/14 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 100.00 | |
| General Journal | 12/01/14 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 400.00 | |
| General Journal | 12/01/14 | Bettis C. Rainsford | | 400.00 | |
| General Journal | 12/01/14 | Bettis C. Rainsford | Rent Thomas House - Stephen Ferrell | 500.00 | |
| General Journal | 12/03/15 | Bettis C. Rainsford | Rent Turner Building - Guardian Ad Litem | 300.00 | |
| Check | 12/05/14 | Folk-Mercantile LLC | Rent Turner Building - Padgett | 4,800.00 | |
| Check | 12/09/14 | Bettis C. Rainsford | | 1,000.00 | |
| General Journal | 12/09/14 | Bettis C. Rainsford | Rent Old Edgefield Grill | 1,000.00 | |
| General Journal | 12/09/14 | Bettis C. Rainsford | Rent Turner Building - Jacquelynn Josey | 425.00 | |
| General Journal | 12/17/14 | Willcox Inn | Wilcox Inn | 80.89 | |
| Check | 12/19/14 | Bettis C. Rainsford | | 1,000.00 | |
| Check | 12/22/14 | Kathryn S. Rainsford | | 1,000.00 | |
| Check | 12/31/14 | Bettis C. Rainsford | | 1,000.00 | |
| General Journal | 01/05/15 | Bettis C. Rainsford | Rent Thomas Property - Stephen Ferrell | 400.00 | |
| General Journal | 01/05/15 | Bettis C. Rainsford | Rent Goodin House - Robert Singleton | 400.00 | |
| General Journal | 01/05/15 | Bettis C. Rainsford | Rent Turner Building - Guardian Ad Litem | 500.00 | |
| General Journal | 01/06/15 | Bettis C. Rainsford | Rent Turner Building - Padgett | 300.00 | |
| General Journal | 01/12/15 | Bettis C. Rainsford | Rent Old Edgefield Grill | 1,000.00 | |
| General Journal | 01/13/15 | Bettis C. Rainsford | BCR Amex Payment | 2,478.52 | |
| Check | 01/20/15 | Family Dentistry | BCR Crown | 667.50 | |
| Check | 01/23/15 | Bettis C. Rainsford | | 1,000.00 | |
| Check | 01/26/15 | Bettis C. Rainsford | | 3,000.00 | |
| General Journal | 01/27/15 | Chef Bobs | Chef Bob's | 13.00 | |
| General Journal | 01/28/15 | Park Row | Park Row | 38.79 | |
| Check | 01/29/15 | Edgefield Land Company | | 2,000.00 | |
| General Journal | 01/30/15 | Auto-Owners | Insurance for Edgefield Storage | 2,267.00 | |
| General Journal | 01/31/15 | Bettis C. Rainsford | Office Management | (3,750.00) | (3,750.00) * |
| General Journal | 02/02/15 | Bettis C. Rainsford | Rent Goodin House - Singleton | 400.00 | |
| General Journal | 02/02/15 | Bettis C. Rainsford | Rent Turner Building - Guardian Ad Litem | 500.00 | |
| General Journal | 02/03/15 | Bettis C. Rainsford | Rent Thomas House - Stephen Ferrell | 400.00 | |
| General Journal | 02/04/15 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 192.00 | |
| Check | 02/05/15 | Kathryn S. Rainsford | | 250.00 | |
| Check | 02/10/15 | Kathryn S. Rainsford | | 500.00 | |
| General Journal | 02/12/15 | Bettis C. Rainsford | Rent Turner Building - Padgett | 300.00 | |
| Check | 02/17/15 | Family Dentistry | Family Dentistry | 667.50 | |
| Deposit | 02/20/15 | Edgefield Land | Marie & Cash for Computer repair | 86.00 | |
| Check | 02/23/15 | Edgefield Land | | 2,000.00 | |
| Check | 02/25/15 | Kathryn S. Rainsford | | 300.00 | |
| Check | 02/25/15 | Bettis C. Rainsford | | 1,000.00 | |
| General Journal | 02/28/15 | Bettis C. Rainsford | Office Management | (3,750.00) | (3,750.00) * |
| General Journal | 03/02/15 | Bettis C. Rainsford | Rent Thomas House - Stephen Ferrell | 400.00 | |
| General Journal | 03/02/15 | Bettis C. Rainsford | Rent Goodin House - Singleton | 400.00 | |
| General Journal | 03/02/15 | Bettis C. Rainsford | Rent Turner Building - Guardian Ad Litem | 500.00 | |

| Type | Date | Name | Description | Amount |
|---|---|---|---|---|
| Check | 03/03/15 | Kathryn S. Rainsford | | 1,000.00 |
| Check | 03/04/15 | SCE&G | KSR Electric | 354.07 |
| Check | 03/05/15 | Bettis C. Rainsford, Jr. | Rent for KSR | 700.00 |
| Check | 03/05/15 | Aiken Electric Cooperative | #4611-003 and 4611-01 | 1,072.71 |
| Check | 03/09/15 | Bettis C. Rainsford | | 1,000.00 |
| General Journal | 03/11/15 | Bettis C. Rainsford | Rent Turner Building - Jacquelynn Josey | 425.00 |
| General Journal | 03/16/15 | Bettis C. Rainsford | Rent Turner Building - Padgett | 300.00 |
| Check | 03/23/15 | Bettis C. Rainsford | | 2,000.00 |
| Check | 03/25/15 | Bettis C. Rainsford | | 1,500.00 |
| General Journal | 03/25/15 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 600.00 |
| Check | 03/30/15 | Edgefield Land | | 2,000.00 |
| Check | 03/30/15 | Bettis C. Rainsford, Jr. | | 1,500.00 |
| Check | 03/30/15 | Kathryn S. Rainsford | | 1,000.00 |
| General Journal | 03/30/15 | Bettis C. Rainsford | Rent Turner Building - Guardian Ad Litem | 500.00 |
| Check | 03/31/15 | Bettis C. Rainsford | | 2,763.75 |
| General Journal | 03/31/15 | Bettis C. Rainsford | Office Management | (3,750.00) |
| General Journal | 04/01/15 | Bettis C. Rainsford | Rent Thomas House - Stephen Ferrell | 400.00 |
| General Journal | 04/03/15 | Bettis C. Rainsford | Rent Goodin House - Singleton | 400.00 |
| General Journal | 04/05/15 | Bettis C. Rainsford | Rent Turner Building - Guardian Ad Litem | 500.00 |
| Deposit | 04/08/15 | Edgefield Storage, LLC | | 7,300.00 |
| Deposit | 04/10/15 | Edgefield Storage, LLC | | 4,000.00 |
| General Journal | 04/13/15 | Bettis C. Rainsford | Rent Turner Building - Padgett | 300.00 |
| General Journal | 04/15/15 | Bettis C. Rainsford | Rent Old Edgefield Grill | 2,000.00 |
| Check | 04/28/15 | Bettis C. Rainsford | | 2,000.00 |
| Check | 04/28/15 | Kathryn S. Rainsford | | 1,000.00 |
| Check | 04/29/15 | Bettis C. Rainsford | | 1,000.00 |
| General Journal | 04/30/15 | Bettis C. Rainsford | Office Management | (3,750.00) * |
| General Journal | 04/30/15 | Edgefield County Historical Soc | Transfer of Loan Payable to BCR | 10,461.25 |
| General Journal | 05/01/15 | Bettis C. Rainsford | Rent Thomas House - Stephen Ferrell | 400.00 |
| General Journal | 05/04/15 | Bettis C. Rainsford | Rent Goodin House - Singleton | 400.00 |
| Check | 05/05/15 | Edgefield Land Company | | 2,000.00 |
| Check | 05/11/15 | Bettis C. Rainsford | | 2,000.00 |
| General Journal | 05/12/15 | Bettis C. Rainsford | Amex for BCR | 1,732.96 |
| Check | 05/15/15 | Bettis C. Rainsford | | 2,500.00 |
| General Journal | 05/19/15 | Bettis C. Rainsford | Rent Old Edgefield Grill | 1,000.00 |
| General Journal | 05/21/15 | Bettis C. Rainsford | Rent Turner Building - Padgett | 300.00 |
| General Journal | 05/28/15 | Bettis C. Rainsford | Rent Turner Building - Guardian Ad Litem | 500.00 |
| Check | 05/29/15 | Bettis C. Rainsford | | 1,000.00 |
| Check | 05/29/15 | Kathryn S. Rainsford | | 1,000.00 |
| General Journal | 05/31/15 | Bettis C. Rainsford | Office Management | (3,750.00) * |
| General Journal | 06/01/15 | Bettis C. Rainsford | Rent Goodin House - Singleton | 400.00 |
| General Journal | 06/01/15 | Bettis C. Rainsford | Office Management | (3,750.00) * |
| Check | 06/03/15 | Bettis C. Rainsford, Jr. | | 2,000.00 |
| Check | 06/03/15 | Bettis C. Rainsford, Jr. | | 700.00 |

| Type | Date | Name | Memo | Amount | |
|---|---|---|---|---|---|
| Check | 06/04/15 | Bettis C. Rainsford | | 5,500.00 | |
| General Journal | 06/05/15 | Bettis C. Rainsford | Rent Thomas House - Stephen Ferrell | 400.00 | |
| Check | 06/09/15 | Bettis C. Rainsford | | 1,500.00 | |
| Check | 06/09/15 | Edgefield Storage LLC | | 600.00 | |
| Check | 06/12/15 | Kathryn S. Rainsford | | 200.00 | |
| Check | 06/15/15 | Bettis C. Rainsford | | 1,000.00 | |
| General Journal | 06/16/15 | Bettis C. Rainsford | Rent Turner Building - Padgett | 300.00 | |
| Check | 06/17/15 | Folk-Mercantile LLC | | 1,200.00 | |
| General Journal | 06/19/15 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 292.00 | |
| Check | 06/22/15 | Bettis C. Rainsford | | 2,000.00 | |
| Check | 06/24/15 | Bettis C. Rainsford | | 1,500.00 | |
| General Journal | 06/26/15 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 356.00 | |
| General Journal | 07/03/15 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 368.00 | |
| General Journal | 07/10/15 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 332.00 | |
| General Journal | 07/13/15 | Bettis C. Rainsford | Rent Thomas House - Stephen Ferrell | 400.00 | |
| General Journal | 07/13/15 | Bettis C. Rainsford | Rent Turner Building - Guardian Ad Litem | 500.00 | |
| General Journal | 07/15/15 | Bettis C. Rainsford | Rent Goodin House - Singleton | 400.00 | |
| General Journal | 07/17/15 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 208.00 | |
| General Journal | 07/21/15 | Bettis C. Rainsford | Rent Turner Building - Padgett | 300.00 | |
| Check | 07/22/15 | Edgefield Land Company | | 2,000.00 | |
| General Journal | 07/24/15 | Auto-Owners | For ECHS policy | 1,224.50 | |
| General Journal | 07/29/15 | Bettis C. Rainsford | Rent Turner Building - Guardian Ad Litem | 500.00 | |
| General Journal | 07/31/15 | Bettis C. Rainsford | Office Management | (3,750.00) | * |
| General Journal | 08/03/15 | Bettis C. Rainsford | Rent Thomas House - Stephen Ferrell | 400.00 | |
| General Journal | 08/05/15 | Bettis C. Rainsford | Rent Goodin House - Singleton | 400.00 | |
| Check | 08/11/15 | Bettis C. Rainsford | | 4,000.00 | |
| General Journal | 08/13/15 | Bettis C. Rainsford | Office Management | (1,875.00) | * |
| General Journal | 08/18/15 | Bettis C. Rainsford | Rent Turner Building - Padgett | 300.00 | |
| General Journal | 08/18/15 | Bettis C. Rainsford | Rent for the year for the Post Office | 52,725.00 | |
| General Journal | 08/18/15 | Bettis C. Rainsford | Rent taken by Atlanta Postal Credit Union | (52,725.00) ** | |
| General Journal | 08/18/15 | Bettis C. Rainsford | Expenses for the year for Bay Cottage | (180.00) | |
| General Journal | 08/18/15 | Bettis C. Rainsford | Expenses for the year for Goodin House | (479.49) | |
| General Journal | 08/18/15 | Bettis C. Rainsford | Expenses for the year for Industrial Park | (700.00) | |
| General Journal | 08/18/15 | Bettis C. Rainsford | Expenses for the year for Little House | (87.75) | |
| General Journal | 08/18/15 | Bettis C. Rainsford | Expenses for the year for Post Office | (1,347.25) | |
| General Journal | 08/18/15 | Bettis C. Rainsford | Expenses for the year for Old Edgefield Grill | (4,792.49) | |
| General Journal | 08/18/15 | Bettis C. Rainsford | Expenses for the year for Penn Building | (447.11) | |
| General Journal | 08/18/15 | Bettis C. Rainsford | Expenses for the year for Turner Building | (4,744.75) | |
| | | | | 101,733.56 | (28,125.00) |

* Management Fee expenses for Bettis C. Rainsford for the year have been accrued on the company's books but not paid.
** Atlanta Postal Credit Union has received all rent checks during this year.

# Gup's Hill Plantation, LLC
## Case Number 15-04492-dd

## Statement of Financial Affairs
### Question 4.a.

## Suits and Administrative Proceedings, Executions, Garnishments and Attachments

| Caption of Suit | Case Number | Nature | Court or Agency | Status |
|---|---|---|---|---|
| AgSouth vs. Gup's Hill Plantation, LLC, et.al. | 2014-CP-19-351 | Foreclosure | SC Court of Common Pleas | Foreclosure Decree Entered |
| Atlanta Postal Credit Union vs. Rainsford Holdings, LLC, et.al. | 2015-CP-19-073 | Foreclosure | SC Court of Common Pleas | Pending |
| FB Acquisition Property, LLC vs. Edgefield Inn, LLC, et.al. | 2013-CP-19-253 | Foreclosure | SC Court of Common Pleas | Pending |
| TD Bank vs. Gup's Hill Plantation, LLC, et.al. | 2014-CP-19-123 | Foreclosure | SC Court of Common Pleas | Pending |

# Gup's Hill Plantation, LLC
## Case Number 15-04492-dd

## Statement of Financial Affairs
### Question 10.a.
### Other Transfers

| Grantee | Date | Nature | Description | Consideration |
|---|---|---|---|---|
| Henry T. Snead | 08/20/13 | Fee Simple | House & Lot 409 Main Street Edgefield | $175,000 |
| Kathryn S. Rainsford | 06/30/15 | Mortgage * | First Mortgage on Hillcrest Park 9.89 acres, Town of Edgefield | $500,000 |
| Plantation House, LLC | 06/30/15 | Fee Simple * | Hillcrest Park 9.89 acres, Town of Edgefield | $5.00 but subject to the mortgage of $500,000 to Kathryn S. Rainsford |

* See Attached Documents

State of South Carolina   :

   :           **Promissory Note**

County of Edgefield     :

       **FOR VALUE RECEIVED,** Rainsford Holdings, LLC of P.O. Box 388, Edgefield, South Carolina 29824 stand fully bound to Kathryn S. Rainsford of 5997 Edgefield Road, Trenton, South Carolina 29847 in lawful money of the United States of America, the principal sum of Five Hundred Thousand Dollars ($500,000.00) and being payable, without interest, on June 30, 2025.

       It is specifically understood that this Non-Recourse Promissory Note is given by Rainsford Holdings, LLC to further secure the payment of that Judgment Obligation of Bettis C. Rainsford to Kathryn S. Rainsford, a transcript of which is recorded in the Office of the Clerk of Court for Edgefield County in Judgment Roll 2010-19-462. Rainsford Holdings, LLC plans to transfer the property known as Hillcrest Park in the Town of Edgefield which it currently owns to Plantation House, LLC in order to expedite the sale and/or development of this property and the nearby property of Plantation House, LLC. Kathryn S. Rainsford's judgment of record encumbers this property as the property was owned by Bettis C. Rainsford at the time the said judgment was filed. However, in order to insure that she has a valid lien on the property, Kathryn S. Rainsford has requested that a Non-Recourse Mortgage on the property be executed and filed. It is understood that the liability of Rainsford Holdings, LLC under this Non-Recourse Promissory Note is limited to the value of the land securing it.

       If default be made in the performance of, or compliance with, any of the covenants and conditions of the mortgage, any other provision securing this Note or any payment provided for in this Note, then in any of said events, said principal sum with all accrued interest thereon shall become at once due and payable at the option of the holder thereof and be collectible without further notice. Failure to exercise this option shall not constitute a waiver of the right to exercise the same in the event of any subsequent default.

       If this Note be placed in the hands of an attorney for collection after the same shall for any reason become due, or if collected by legal proceedings or through the probate of bankruptcy courts, or under foreclosure proceedings under the mortgage securing this note, then all costs of collection, including a reasonable sum for attorney's fees shall be added hereto as attorney's fees secured and collectible as the principal hereof, subject to the provisions above.

       **IN WITNESS WHEREOF,** this Note is duly executed on this 30th day of June, 2015.

**Signed, Sealed and Delivered**
**In the Presence of:**

                                            **Rainsford Holdings, LLC**

                                            **By: Bettis C. Rainsford**

**State of South Carolina**

**Probate**

**County of Edgefield**

Personally appeared before me the undersigned witness and made oath that she saw the within named Rainsford Holdings, LLC, by Bettis C. Rainsford, sign, seal and as its act and deed deliver the within written Promissory Note; and that she with Carolyn Rudd witnessed the execution thereof.

Sworn to before me this 30th
Day of June, 2015

_Carolyn A. Rudd_ (Seal)

**Notary Public for South Carolina**
My Commission Expires: March 4, 2024

201500002565
Filed for Record in
EDGEFIELD COUNTY, SC
CHARLES L. REEL, CLERK OF COURT
08-11-2015 At 04:31 pm.
MORTGAGE       10.00
OR Book   1538 Page   78 - 81

**State of South Carolina**  :

                             :  **Mortgage of Real Estate**

**County of Edgefield**      :

Instrument          Book Page
201500002565 OR    1538    78

**THIS MORTGAGE** made this 30th day of June, 2015 by Rainsford Holdings, LLC (hereinafter referred to as "Mortgagor"), whose address is P.O. Box 388, Edgefield, South Carolina 29824 and given to Kathryn S. Rainsford (hereinafter referred to as "Mortgagee"), whose address is 5997 Edgefield Road, Trenton, South Carolina 29847.

**WITNESSETH:**

**THAT WHEREAS,** Mortgagor is indebted to Mortgagee in the principal sum of Five Hundred Thousand Dollars ($500,000.00), which indebtedness is evidenced by the Non-Recourse Promissory Note of even date hereof, said principal together with interest thereon being payable as provided for in said Note, the terms of said Note and any other agreement modifying it are incorporated herein by reference.

**NOW, THEREFORE, KNOW ALL MEN BY THESE PRESENTS** that the said Mortgagor, for and in consideration of the aforesaid indebtedness and in order to secure the payment thereof together with any renewals or extensions or modifications thereof upon the same or different terms or at the same or different rate of interest and also to secure in accordance with Section 29-3-50, as amended, Code of Laws of South Carolina (1976): (i) all future advances and re-advances that may subsequently be made to Mortgagor by Mortgagee evidenced by the aforesaid Note, or by other promissory notes, and all renewals and extensions thereof; and (ii) all other indebtedness of Mortgagor to Mortgagee, now or hereafter existing, whether direct or indirect, the maximum amount of all indebtedness outstanding at any one time secured hereby not to exceed $500,000.00, plus interest thereon, all charges and expenses of collection incurred by Mortgagee including court costs and reasonable attorneys fees, has granted, bargained, sold, released and by these presents does grant, bargain, sell and release unto the Mortgagee, its successors and assigns, the following described property:

> All that certain piece, parcel or tract of land known as Hillcrest Park; situate, lying and being in the Town and County of Edgefield, State of South Carolina; containing Nine and 89/100's (9.89) acres, more or less; being designated in the Office of the Tax Assessor for Edgefield County as tax parcel numbers 137-07-01-043 and 137-03-03-018; and being bounded on the North by the right-of-way of Norris Street; on the East by the right-of-way of Jones and Circle Streets; on the South by lands now or formerly of M. H. McCary and by lands of Concordia Lodge 50 AFM; and on the West by the right-of-way of Penn Street; all as is more particularly shown on plats recorded in the Office of the Clerk of Court for Edgefield County in Judgment Roll 20,778 and Plat Book 5 at page 24.

> This being composed of properties conveyed to Grantor by deeds of Hillcrest Investment Associates Limited Partnership, dated November 6, 1987 and recorded in the Office of the Clerk of Court for Edgefield County in Deed Book

Instrument                    Book  Page
201500002565 OR    1538    79

112 at page 103, and by deed of the Central of Georgia Railroad Company, dated March 24, 1988 and recorded in the office of the Clerk of Court for Edgefield County in Deed Book 114 at Page 123.

**TO HAVE AND TO HOLD** all and singular the Property unto Mortgagee and the successors of Mortgagee forever.

**MORTGAGOR** covenants that Mortgagor is lawfully seized of the Property in fee simple absolute, that Mortgagor has good right and are lawfully authorized to sell, convey or encumber the same, and that the Property is free and clear of all encumbrances except as expressly provided herein. Mortgagor further covenants to warrant and forever defend all and singular the Property unto Mortgagee and the heirs or assigns of Mortgagee from and against Mortgagors and all persons whomsoever lawfully claiming the same or any part thereof.

**PROVIDED ALWAYS,** nonetheless, and it is the true intent and meaning of Mortgagor and Mortgagee, that if Mortgagor pays or causes to be paid to Mortgagee the debt secured hereby, the estate hereby granted shall cease, determine and be utterly null and void: otherwise said estate shall remain in full force and effect. It is specifically understood that the liability of Rainsford Holdings, LLC under the Non-Recourse Promissory Note is limited to the value of the land secured by this Mortgage.

**IT IS AGREED** that Mortgagor shall be entitled to hold and enjoy the Property until a Default as herein defined has occurred.

**MORTGAGOR** further covenants and agrees with Mortgagee as follows:

1.    **Default.** The occurrence of any of the following events shall be deemed a Default under this Mortgage:
    (a) failure of Mortgagor to pay any installment of principal or interest upon the Note or Notes hereby secured when due;
    (b) failure of Mortgagor to pay any other sum secured by the Mortgage when due;
    (c) failure of Mortgagor to observe or perform any covenant or agreement set forth in this Mortgage or in any loan agreement entered into between the Mortgagor and Mortgagee with respect to the indebtedness hereby secured within ten (10) days following the giving of notice by Mortgagee to Mortgagor to observe or perform the same; or
    (d) adjudication of Mortgagor as bankrupt, written admission by Mortgagor of an inability to pay the debts of Mortgagor as they mature, assignment of the assets of Mortgagor for the benefit of creditors, request or petition by Mortgagor for the appointment of a receiver, trustee or conservator of the assets of Mortgagor of for reorganization or liquidations of Mortgagor, or acquiescence by Mortgagor to any such request or petition mad by another person.

2.    **Remedies.** Upon the occurrence of a Default as hereinabove defined, Mortgagee may declare all sums secured by this Mortgage immediately due and payable and may commence proceedings to collect such sums, foreclose this Mortgage and sell the Property. At the foreclosure Mortgagee shall be entitled to bid and to purchase the

Instrument        Book Page
201500002565 OR    1538    30

Property and shall be entitled to apply the debt secured hereby, or any portion thereof, in payment for the Property. The remedies provided to Mortgagee in this paragraph shall be in addition to and not in lieu of any other rights and remedies provided in this Mortgage or by law, all of which rights and remedies may be exercised by Mortgagee simultaneously or consecutively in any order without being deemed to have waived any right or remedy previously or not yet exercised.

3. **Waiver by Mortgagee.** Mortgagee may, in the sole discretion of Mortgagee, from time to time waive or forbear from enforcing any provision of this Mortgage, and no such waiver or forbearance shall be deemed a waiver by Mortgagee of any other right or remedy provided herein or by law or be deemed a waiver of the right at any later time to enforce strictly all provisions of this Mortgage and to exercise any and all remedies provided herein and by law.

4. **Waiver by Mortgagor.** Mortgagor understands that upon default hereunder, among other remedies set out herein and in the above referenced Non-Recourse Promissory Note, the Mortgagee may foreclose upon the mortgaged premises, but shall not seek a deficiency judgment as this Mortgage and the Non-Recourse Promissory Note which it secures are Non-Recourse, and the Mortgagor's liability is limited to the value of the collateral under this mortgage.

5. **Notices.** Any notice given by either party hereto to the other party shall be in writing and shall be signed by the party giving notice. Any notice or other document to be delivered to either party hereto by the other party shall be deemed delivered if mailed certified mail return receipt requested to the party to whom directed at the latest address of such party known to the party sending the same. This paragraph shall not be deemed to prohibit any other manner of delivering a notice or other document.

6. **Miscellaneous.**

    (a) It is understood and agreed that all indebtedness of Mortgagor to Mortgagee at any time hereafter existing resulting from advances and re-advances heretofore, now or hereafter made by Mortgagee to Mortgagor, regardless of whether such advances and re-advances are made at the option of the Mortgagee or otherwise, will be secured by this instrument up to the maximum principal amount hereinabove set forth plus interest thereon, court costs and attorneys fees until all of said indebtedness has been satisfied in full.

    (b) The agreements herein shall inure to the benefit of Mortgagee, its successors and assigns, and any successor or assign of Mortgagee may make advances hereunder, and all advances and all other indebtedness of Mortgagors to such successor or assign shall be secured hereby.

    (c) Whenever in this Mortgage one of the parties hereto is named or referred to, the heirs, legal representatives, successors and assigns of such parties shall be included and all covenants and agreements contained in this Mortgage by or on behalf of the Mortgagor or by or on behalf of the Mortgagee shall bind and inure to the benefit of their representatives, heirs, successors and assigns, whether so expressed or not.

    (d) The headings of the sections, paragraphs and subdivisions of this Mortgage are for the convenience of reference only, are not to be considered a part hereof and shall not limit or otherwise affect any of the terms hereof.

    (e) If fulfillment of any provision hereof or any transaction related hereto or to the Note, at the time performance of such provisions shall be due, shall involve transcending

the limit of validity prescribed by law, then *ipso facto*, the obligation to be fulfilled shall be reduced to the limit of such validity; and if such clause or provision herein contained operates or would prospectively operate to invalidate this Mortgage, in whole or in part, then such clause or provision only shall be held for naught, as though not herein contained, and the remainder of this Mortgage shall remain operative and in full force and effect.

(f) This Mortgage shall be construed and enforced in accordance with the laws of South Carolina.

**IN WITNESS WHEREOF,** Mortgagor have executed this Mortgage under seal the day and year first above written.

**Signed, Sealed and Delivered
In the Presence of:**

Rainsford Holdings, LLC

By: Bettis C. Rainsford

**State of South Carolina**

**Probate**

**County of Edgefield**

Personally appeared before me the undersigned witness and made oath that she saw the within named Rainsford Holdings, LLC, by Bettis C. Rainsford, sign, seal and as its act and deed deliver the within written Mortgage; and that she with Carolyn Rudd witnessed the execution thereof.

**Sworn to** before me this 30th
Day of June, 2015

(Seal)

**Notary Public for South Carolina**
My Commission Expires: March 4, 2024

**State of South Carolina**

**County of Edgefield**

Title to Real Estate

201500002568
Filed for Record in
EDGEFIELD COUNTY, SC
CHARLES L. REEL, CLERK OF COURT
08-12-2015 At 12:43 PM.
DEED                    10.00
OR Book    1538 Page    90 -    93

**Know All Men by these Presents,** that Rainsford Holdings, LLC, of P.O. Box 388, Edgefield, S.C. 29824, hereinafter referred to as "Grantor," for and in consideration of the sum of Five Hundred Thousand Dollars ($500,000.00) (being the amount of mortgage debt on the property hereby conveyed existing as of the date of this deed as shown on the Mortgage which is recorded in Record Book 1538 at Page 78 in the office of the Clerk of Court of Edgefield County, South Carolina) by Plantation House, LLC, of 108 ½ Court House Square, Edgefield, S.C. 29824, hereinafter referred to as "Grantee," the receipt and sufficiency whereof is hereby acknowledged, at and before the sealing of these presents, have granted, bargained, sold and released, and by these presents do grant, bargain, sell and release unto the said Grantee, its successors and assigns forever, the following parcel or tract of property:

All that certain piece, parcel or tract of land known as Hillcrest Park, situate, lying and being in the Town and County of Edgefield, State of South Carolina; containing Nine and 89/100's (9.89) acres, more or less; being designated in the Office of the Tax Assessor for Edgefield County as tax parcel numbers 137-07-01-043 and 137-03-03-018; and being bounded on the North by the right-of-way of Norris Street; on the East by the right-of-way of Jones and Circle Streets; on the South by lands now or formerly of M. H. McCary and by lands of Concordia Lodge 50 AFM; and on the West by the right-of-way of Penn Street; all as is more particularly shown on plats recorded in the Office of the Clerk of Court for Edgefield County in Judgment Roll 20,778 and Plat Book 5 at page 24.

This being composed of properties conveyed to Grantor by deeds of Hillcrest Investment Associates Limited Partnership, dated November 6, 1987 and recorded in the Office of the Clerk of Court for Edgefield County in Deed Book 112 at page 103, and by deed of the Central of Georgia Railroad Company, dated March 24, 1988 and recorded in the office of the Clerk of Court for Edgefield County in Deed Book 114 at Page 123.

Together with all and singular, the rights, members, hereditaments and appurtenances to the said premises belonging, or in anywise incident or appertaining.

To have and to hold, all and singular the premises before mentioned unto the said Grantee, its successors and assigns forever.

And Grantor does hereby bind itself and its successors and assigns, to warrant and forever defend, all and singular, the said premises unto the said Grantee, its successors and assigns forever, against itself, its successors and all persons whomsoever lawfully claiming, or to claim, the same or any part thereof.

In Witness Whereof the Grantor has executed this document this 30th day of June in the year of our Lord two thousand and fifteen and in the two hundredth and thirty-ninth year of the Sovereignty and Independence of the United States of America.

Signed, Sealed and Delivered
In the Presence of:

**Rainsford Holdings, LLC**

By:  **Bettis C. Rainsford**

**State of South Carolina**

**Probate**

**County of Edgefield**

Personally appeared before me the undersigned witness and made oath that she saw the within-named Rainsford Holdings, LLC, by Bettis C. Rainsford, its sole member, sign, seal and as his act and deed deliver the within-written deed; and that she with Carolyn Rudd witnessed the execution thereof.

**Sworn** to before me this 30th
Day of June, 2015

(Seal)

**Notary Public for South Carolina**
My Commission Expires: March 4, 2024

STATE OF SOUTH CAROLINA)                                              Page 1 of 2
COUNTY OF _____ }              AFFIDAVIT

PERSONALLY appeared before me the undersigned, who being duly sworn, deposes and says:

1. I have read the information on this affidavit and I understand such information.

2. The property beingtransferred is located at Town of Edgefield
bearing Edgefield          County Tax Map Number 137-03-03-018-000            , was transferred
by Rainsford Holdings, LLC                                                              to
Plantation House, LLC                                    on June 30, 2015

3. Check one of the following: The deed is

    (a)  X_____   subject to the deed recording fee as a transfer for consideration paid or to be
                    paid in money or money=s worth.
    (b)  _____    subject to the deed recording fee as a transfer between a corporation, a
                    partnership, or other entity and a stockholder, partner, or owner of the entity, or
                    is a transfer to a trust or as a distribution to a trust beneficiary.
    (c)  _____    exempt from the deed recording fee because (See Information section of
                    affidavit): _____

_____

                (If exempt, please skip items 4 - 7, and go to item 8 of this affidavit.)
If exempt under exemption #14 as described in the Information section of this affidavit, did the agent and
principal relationship exist at the time of the original sale and was the purpose of this relationship to
purchase the realty? Check Yes _____ or No _____

4. Check one of the following if either item 3(a) or item 3(b) above has been checked (See Information
section of this affidavit.):

    (a)  X_____   The fee is computed on the consideration paid or to be paid in money or
                    money=s worth in the amount of $500,000
    (b)  _____    The fee is computed on the fair market value of the realty which is
                    _____
    (c)  _____    The fee is computed on the fair market value of the realty as established for
                    property tax purposes which is _____

5. Check Yes X___ or No _____ to the following: A lien or encumbrance existed on the land, tenement,
or realty before the transfer and remained on the land, tenement, or realty after the transfer. If A Yes,@
the amount of the outstanding balance of this lien or encumbrance is: $500,000

6. The deed recording fee is computed as follows:

        (a) Place the amount listed in item 4 above here:        $500,000
        (b) Place the amount listed in item 5 above here:        $500,000
        (If no amount is listed, place zero here.)
        (c) Subtract Line 6(b) from Line 6(a) and place result here:   $0

7. The deed recording fee due is based on the amount listed on Line 6(c) above and the deed recording, fee
due is: $0

8. As required by Code Section, 12-24-70, I state that I am a responsible person who was connected with
the transaction as: Sole Member of Grantor and Grantee

9. I understand that a person required to furnish this affidavit who wilfully furnishes a false or fraudulent affidavit is guilty of a misdemeanor and, upon conviction, must be fined not more than one thousand dollars or imprisoned not more than one year, or both.

Responsible Person Connected with the Transaction

SWORN to before me this 30th
day of June        20 15

Notary Public for South Carolina
My Commission Expires: March 4, 2024

Bettis C. Rainsford
Print or Type Name Here

## INFORMATION

Except as provided in this paragraph, the term "value" means Athe consideration paid or to be paid in money or money=s worth for the realty.@ Consideration paid or to be paid in money=s worth includes, but is not limited to, other realty, personal property, stocks, bonds, partnership interest and other intangible property, the forgiveness or cancellation of a debt, the assumption of a debt, and the surrendering of any right. The fair market value of the consideration must be used in calculating the consideration paid in money=s worth. Taxpayers may elect to use the fair market value of the realty being transferred in determining fair market value of the consideration. In the case of realty transferred between a corporation, a partnership, or other entity and a stockholder, partner, or owner of the entity, and in the case of realty transferred to a trust or as a distribution to a trust beneficiary, Avalue@ means the realty=s fair market value. A deduction from value is allowed for the amount of any lien or encumbrance existing on the land, tenement, or realty before the transfer and remaining on the land, tenement, or realty after the transfer. Taxpayers may elect to use the fair market value for property tax purposes in determining fair market value under the provisions of the law.

**Exempted from the fee are deeds:**

(1)     transferring realty in which the value of the realty, as defined in Code Section 12-24-30, is equal to or less than one hundred dollars;
(2)     transferring realty to the federal government or to a state, its agencies and departments, and its political subdivisions, including school districts;
(3)     that are otherwise exempted under the laws and Constitution of this State or of the United States;
(4)     transferring realty in which no gain or loss is recognized by reason of Section 1041 of the Internal Revenue Code as defined in Section 12-6-40(A);
(5)     transferring realty in order to partition realty as long as no consideration is paid for the transfer other than the interests in the realty that are being exchanged in order to partition the realty;
(6)     transferring an individual grave space at a cemetery owned by a cemetery company licensed under Chapter 55 of Title 39;
(7)     that constitute a contract for the sale of timber to be cut;
(8)     transferring realty to a corporation, a partnership, or a trust in order to become, or as, a stockholder, partner, or trust beneficiary of the entity provided no consideration is paid for the transfer other than stock in the corporation, interest in the partnership, beneficiary interest in the trust, or the increase in value in such stock or interest held by the grantor. However, the transfer of realty from a corporation, a partnership, or a trust to a stockholder, partner, or trust beneficiary of the entity is subject to the fee even if the realty is transferred to another corporation, a partnership, or trust;
(9)     transferring realty from a family partnership to a partner or from a family trust to a beneficiary, provided no consideration is paid for the transfer other than a reduction in the grantee=s interest in the partnership or trust. A Afamily partnership@ is a partnership whose partners are all members of the same family. A Afamily trust@ is a trust, in which the beneficiaries are all members of the same family. The beneficiaries of a family trust may also include charitable entities. AFamily@ means the grantor and the grantor=s spouse, parents, grandparents, sisters, brothers, children, stepchildren, grandchildren, and the spouses and lineal descendants of any the above. AAcharitable entity@ means an entity which may receive deductible contributions under Section 170 of the Internal Revenue Code as defined in Section 12-6-40(A);
(10)    transferring realty in a statutory merger or consolidation from a constituent corporation to the continuing or new corporation;
(11)    transferring realty in a merger or consolidation from a constituent partnership to the continuing or new partnership; and,
(12)    that constitute a corrective deed or a quit claim deed used to confirm title already vested in the grantee, provided that no consideration of any kind is paid or is to be paid under the corrective or quit claim deed.
(13)    transferring realty subject to a mortgage to the mortgagee whether by a deed in lieu of foreclosure executed by the mortgagee or deed-- pursuant to foreclosure proceedings.
(14)    transferring realty from an agent to. the. agent=s principal in which the realty was purchased with funds of the principal, provided that a notarized document is also filed with the deed that establishes the fact that the agent and principal relationship existed at the time of the original purchase as well as for the purpose of purchasing the realty.
(15)    transferring title to facilities for transmitting electricity that is transferred, sold, or exchanged by electrical utilities, municipalities, electric cooperatives, or political subdivisions to a limited liability company which is subject to regulation under the Federal Power Act (16 U.S. C. Section 791(a)) and which is formed to operate or to take functional control of electric transmission assets as defined in the Federal Power Act.

## Gup's Hill Plantation, LLC
## Case Number 15-04492-dd

### Statement of Financial Affairs
### Question 23.
### Schedule of Withdrawals

| Type | Date | Name | Memo | Amount | Comp. |
|------|------|------|------|--------|-------|
| General Journal | 08/28/14 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 300.00 | |
| General Journal | 08/28/14 | Bettis C. Rainsford | Rent Turner Building - Guardian Ad Litem | 500.00 | |
| General Journal | 09/02/14 | Bettis C. Rainsford | Rent Thomas House - Stephen Ferrell | 400.00 | |
| General Journal | 09/02/14 | Bettis C. Rainsford | Rent Goodin House - Singleton | 400.00 | |
| General Journal | 09/03/15 | Bettis C. Rainsford | Rent Turner Building - Padgett | 300.00 | |
| General Journal | 09/11/14 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 300.00 | |
| General Journal | 09/12/14 | Bettis C. Rainsford | Rent Turner Building - Jacquelynn Josey | 425.00 | |
| General Journal | 09/25/14 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 200.00 | |
| General Journal | 09/30/14 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 100.00 | |
| General Journal | 10/01/14 | Bettis C. Rainsford | Rent Thomas House - Stephen Ferrell | 400.00 | |
| General Journal | 10/02/15 | Bettis C. Rainsford | Rent Turner Building - Padgett | 300.00 | |
| General Journal | 10/06/14 | Bettis C. Rainsford | Rent Goodin House - Singleton | 400.00 | |
| General Journal | 10/06/14 | Bettis C. Rainsford | Rent Turner Building - Jacquelynn Josey | 425.00 | |
| General Journal | 10/06/14 | Bettis C. Rainsford | Rent Turner Building - Guardian Ad Litem | 500.00 | |
| General Journal | 10/08/14 | Bettis C. Rainsford | Rent Old Edgefield Grill | 1,000.00 | |
| General Journal | 10/09/14 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 140.00 | |
| General Journal | 10/30/14 | Bettis C. Rainsford | Rent Turner Building - Guardian Ad Litem | 500.00 | |
| General Journal | 11/02/14 | Bettis C. Rainsford | Rent Old Edgefield Grill | 1,000.00 | |
| General Journal | 11/03/14 | Bettis C. Rainsford | Rent Thomas House - Stephen Ferrell | 400.00 | |
| General Journal | 11/03/15 | Bettis C. Rainsford | Rent Turner Building - Padgett | 300.00 | |
| General Journal | 11/04/14 | Bettis C. Rainsford | Rent Goodin House - Singleton | 400.00 | |
| General Journal | 11/06/14 | Family Dentistry | Family Dentistry | 783.50 | |
| General Journal | 11/06/14 | Barnes Oil & Propane | Barnes Oil & Propane | 1,045.00 | |
| Check | 11/06/15 | Edgefield Storage, LLC | Theodore Plair - Warehouse mowing | 250.00 | |
| Check | 11/10/14 | Kathryn S. Rainsford | | 500.00 | |
| General Journal | 11/10/14 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 100.00 | |
| Check | 11/12/14 | Bettis C. Rainsford | | 4,500.00 | |
| Check | 11/14/14 | Bettis C. Rainsford | | 1,500.00 | |
| Check | 11/17/14 | Bettis C. Rainsford | | 1,500.00 | |
| General Journal | 11/17/14 | Family Dentistry | Family Dentistry | 308.00 | |
| General Journal | 11/18/14 | U-Haul | U-Haul for KSR | 5.68 | |
| General Journal | 11/19/14 | U-Haul | U-Haul for KSR | 250.84 | |
| General Journal | 11/20/14 | U-Haul | U-Haul for KSR | 47.94 | |

Page 1 of 4

| Type | Date | Name | Description | Amount | |
|---|---|---|---|---|---|
| Check | 11/21/14 | Bettis C. Rainsford | | 1,000.00 | |
| General Journal | 11/24/14 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 100.00 | |
| General Journal | 12/01/14 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 400.00 | |
| General Journal | 12/01/14 | Bettis C. Rainsford | Rent Thomas House - Stephen Ferrell | 400.00 | |
| General Journal | 12/01/14 | Bettis C. Rainsford | Rent Turner Building - Guardian Ad Litem | 500.00 | |
| General Journal | 12/03/15 | Bettis C. Rainsford | Rent Turner Building - Padgett | 300.00 | |
| Check | 12/05/14 | Folk-Mercantile LLC | | 4,800.00 | |
| Check | 12/09/14 | Bettis C. Rainsford | | 1,000.00 | |
| General Journal | 12/09/14 | Bettis C. Rainsford | Rent Old Edgefield Grill | 1,000.00 | |
| General Journal | 12/09/14 | Bettis C. Rainsford | Rent Turner Building - Jacquelynn Josey | 425.00 | |
| Check | 12/17/14 | Willcox Inn | Wilcox Inn | 80.89 | |
| Check | 12/19/14 | Bettis C. Rainsford | | 1,000.00 | |
| Check | 12/22/14 | Kathryn S. Rainsford | | 1,000.00 | |
| Check | 12/31/14 | Bettis C. Rainsford | | 1,000.00 | |
| General Journal | 01/05/15 | Bettis C. Rainsford | Rent Thomas Property - Stephen Ferrell | 400.00 | |
| General Journal | 01/05/15 | Bettis C. Rainsford | Rent Goodin House - Robert Singleton | 400.00 | |
| General Journal | 01/05/15 | Bettis C. Rainsford | Rent Turner Building - Guardian Ad Litem | 500.00 | |
| General Journal | 01/06/15 | Bettis C. Rainsford | Rent Turner Building - Padgett | 300.00 | |
| General Journal | 01/12/15 | Bettis C. Rainsford | Rent Old Edgefield Grill | 1,000.00 | |
| General Journal | 01/13/15 | Bettis C. Rainsford | BCR Amex Payment | 2,478.52 | |
| General Journal | 01/20/15 | Family Dentistry | BCR Crown | 667.50 | |
| Check | 01/23/15 | Bettis C. Rainsford | | 1,000.00 | |
| Check | 01/26/15 | Bettis C. Rainsford | | 3,000.00 | |
| General Journal | 01/27/15 | Chef Bobs | Chef Bob's | 13.00 | |
| General Journal | 01/28/15 | Park Row | Park Row | 38.79 | |
| Check | 01/29/15 | Edgefield Land Company | | 2,000.00 | |
| General Journal | 01/30/15 | Auto-Owners | Insurance for Edgefield Storage | 2,267.00 | |
| General Journal | 01/31/15 | Bettis C. Rainsford | Office Management | (3,750.00) | (3,750.00) * |
| General Journal | 02/02/15 | Bettis C. Rainsford | Rent Goodin House - Singleton | 400.00 | |
| General Journal | 02/02/15 | Bettis C. Rainsford | Rent Turner Building - Guardian Ad Litem | 500.00 | |
| General Journal | 02/03/15 | Bettis C. Rainsford | Rent Thomas House - Stephen Ferrell | 400.00 | |
| General Journal | 02/04/15 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 192.00 | |
| Check | 02/05/15 | Kathryn S. Rainsford | | 250.00 | |
| Check | 02/10/15 | Kathryn S. Rainsford | | 500.00 | |
| General Journal | 02/12/15 | Bettis C. Rainsford | Rent Turner Building - Padgett | 300.00 | |
| General Journal | 02/17/15 | Family Dentistry | Family Dentistry | 667.50 | |
| Deposit | 02/20/15 | Bettis C. Rainsford | Marie & Cash for Computer repair | 86.00 | |
| Check | 02/23/15 | Edgefield Land | | 2,000.00 | |
| Check | 02/25/15 | Kathryn S. Rainsford | | 300.00 | |
| Check | 02/25/15 | Bettis C. Rainsford | | 1,000.00 | |
| General Journal | 02/28/15 | Bettis C. Rainsford | Office Management | (3,750.00) | (3,750.00) * |
| General Journal | 03/02/15 | Bettis C. Rainsford | Rent Thomas House - Stephen Ferrell | 400.00 | |
| General Journal | 03/02/15 | Bettis C. Rainsford | Rent Goodin House - Singleton | 400.00 | |
| General Journal | 03/02/15 | Bettis C. Rainsford | Rent Turner Building - Guardian Ad Litem | 500.00 | |

| Type | Date | Name | Memo/Description | Amount | |
|---|---|---|---|---|---|
| Check | 03/03/15 | Kathryn S. Rainsford | | 1,000.00 | |
| Check | 03/04/15 | SCE&G | | 354.07 | |
| Check | 03/05/15 | Bettis C. Rainsford, Jr. | | 700.00 | |
| Check | 03/05/15 | Aiken Electric Cooperative | #4611-003 and 4611-01 | 1,072.71 | |
| Check | 03/09/15 | Bettis C. Rainsford | KSR Electric | 1,000.00 | |
| General Journal | 03/11/15 | Bettis C. Rainsford | Rent for KSR | 425.00 | |
| General Journal | 03/16/15 | Bettis C. Rainsford | Rent Turner Building - Jacquelynn Josey | 300.00 | |
| Check | 03/23/15 | Bettis C. Rainsford | Rent Turner Building - Padgett | 2,000.00 | |
| Check | 03/25/15 | Bettis C. Rainsford | | 1,500.00 | |
| General Journal | 03/25/15 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 600.00 | |
| Check | 03/30/15 | Edgefield Land | | 2,000.00 | |
| Check | 03/30/15 | Bettis C. Rainsford, Jr. | | 1,500.00 | |
| Check | 03/30/15 | Kathryn S. Rainsford | | 1,000.00 | |
| General Journal | 03/30/15 | Bettis C. Rainsford | Rent Turner Building - Guardian Ad Litem | 500.00 | |
| Check | 03/31/15 | Bettis C. Rainsford | | 2,763.75 | |
| General Journal | 03/31/15 | Bettis C. Rainsford | Office Management | (3,750.00) | * |
| General Journal | 04/01/15 | Bettis C. Rainsford | Rent Thomas House - Stephen Ferrell | 400.00 | |
| General Journal | 04/03/15 | Bettis C. Rainsford | Rent Goodin House - Singleton | 400.00 | |
| General Journal | 04/05/15 | Bettis C. Rainsford | Rent Turner Building - Guardian Ad Litem | 500.00 | |
| Check | 04/08/15 | Edgefield Storage, LLC | | 7,300.00 | |
| Deposit | 04/10/15 | Edgefield Storage, LLC | | 4,000.00 | |
| General Journal | 04/13/15 | Bettis C. Rainsford | Rent Turner Building - Padgett | 300.00 | |
| General Journal | 04/15/15 | Bettis C. Rainsford | Rent Old Edgefield Grill | 2,000.00 | |
| Check | 04/28/15 | Bettis C. Rainsford | | 2,000.00 | |
| Check | 04/28/15 | Kathryn S. Rainsford | | 1,000.00 | |
| Check | 04/29/15 | Bettis C. Rainsford | | 1,000.00 | |
| General Journal | 04/30/15 | Bettis C. Rainsford | Office Management | (3,750.00) | * |
| General Journal | 04/30/15 | Edgefield County Historical Soc | Transfer of Loan Payable to BCR | 10,461.25 | |
| General Journal | 05/01/15 | Bettis C. Rainsford | Rent Thomas House - Stephen Ferrell | 400.00 | |
| General Journal | 05/04/15 | Bettis C. Rainsford | Rent Goodin House - Singleton | 400.00 | |
| Check | 05/05/15 | Edgefield Land Company | | 2,000.00 | |
| Check | 05/11/15 | Bettis C. Rainsford | | 2,000.00 | |
| General Journal | 05/12/15 | Bettis C. Rainsford | Amex for BCR | 1,732.96 | |
| Check | 05/15/15 | Bettis C. Rainsford | | 2,500.00 | |
| General Journal | 05/19/15 | Bettis C. Rainsford | Rent Old Edgefield Grill | 1,000.00 | |
| General Journal | 05/21/15 | Bettis C. Rainsford | Rent Turner Building - Padgett | 300.00 | |
| General Journal | 05/28/15 | Bettis C. Rainsford | Rent Turner Building - Guardian Ad Litem | 500.00 | |
| Check | 05/29/15 | Bettis C. Rainsford | | 1,000.00 | |
| Check | 05/29/15 | Kathryn S. Rainsford | | 1,000.00 | |
| General Journal | 05/31/15 | Bettis C. Rainsford | Office Management | (3,750.00) | * |
| General Journal | 06/01/15 | Bettis C. Rainsford | Rent Goodin House - Singleton | 400.00 | |
| General Journal | 06/01/15 | Bettis C. Rainsford | Office Management | (3,750.00) | * |
| Check | 06/03/15 | Bettis C. Rainsford, Jr. | | 2,000.00 | |
| Check | 06/03/15 | Bettis C. Rainsford, Jr. | | 700.00 | |

| Type | Date | Name | Memo | Amount | |
|---|---|---|---|---:|---:|
| Check | 06/04/15 | Bettis C. Rainsford | Rent Thomas House - Stephen Ferrell | 5,500.00 | |
| General Journal | 06/05/15 | Bettis C. Rainsford | | 400.00 | |
| Check | 06/09/15 | Bettis C. Rainsford | | 1,500.00 | |
| Check | 06/09/15 | Edgefield Storage LLC | | 600.00 | |
| Check | 06/12/15 | Kathryn S. Rainsford | | 200.00 | |
| Check | 06/15/15 | Bettis C. Rainsford | | 1,000.00 | |
| General Journal | 06/16/15 | Bettis C. Rainsford | Rent Turner Building - Padgett | 300.00 | |
| Check | 06/17/15 | Folk-Mercantile LLC | | 1,200.00 | |
| General Journal | 06/19/15 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 292.00 | |
| Check | 06/22/15 | Bettis C. Rainsford | | 2,000.00 | |
| Check | 06/24/15 | Bettis C. Rainsford | | 1,500.00 | |
| General Journal | 06/26/15 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 356.00 | |
| General Journal | 07/03/15 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 368.00 | |
| General Journal | 07/10/15 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 332.00 | |
| General Journal | 07/13/15 | Bettis C. Rainsford | Rent Thomas House - Stephen Ferrell | 400.00 | |
| General Journal | 07/13/15 | Bettis C. Rainsford | Rent Turner Building - Guardian Ad Litem | 500.00 | |
| General Journal | 07/15/15 | Bettis C. Rainsford | Rent Goodin House - Singleton | 400.00 | |
| General Journal | 07/17/15 | Bettis C. Rainsford | Rent Bay Cottage - Singleton | 208.00 | |
| General Journal | 07/21/15 | Bettis C. Rainsford | Rent Turner Building - Padgett | 300.00 | |
| Check | 07/22/15 | Edgefield Land Company | | 2,000.00 | |
| General Journal | 07/24/15 | Auto-Owners | For ECHS policy | 1,224.50 | |
| General Journal | 07/29/15 | Bettis C. Rainsford | Rent Turner Building - Guardian Ad Litem | 500.00 | |
| General Journal | 07/31/15 | Bettis C. Rainsford | Office Management | (3,750.00) | (3,750.00) * |
| General Journal | 08/03/15 | Bettis C. Rainsford | Rent Thomas House - Stephen Ferrell | 400.00 | |
| General Journal | 08/05/15 | Bettis C. Rainsford | Rent Goodin House - Singleton | 400.00 | |
| Check | 08/11/15 | Bettis C. Rainsford | | 4,000.00 | |
| General Journal | 08/13/15 | Bettis C. Rainsford | Office Management | (1,875.00) | (1,875.00) * |
| General Journal | 08/18/15 | Bettis C. Rainsford | Rent Turner Building - Padgett | 300.00 | |
| General Journal | 08/18/15 | Bettis C. Rainsford | Rent for the year for the Post Office | 52,725.00 | |
| General Journal | 08/18/15 | Bettis C. Rainsford | Rent taken by Atlanta Postal Credit Union | (52,725.00) ** | |
| General Journal | 08/18/15 | Bettis C. Rainsford | Expenses for the year for Bay Cottage | (180.00) | |
| General Journal | 08/18/15 | Bettis C. Rainsford | Expenses for the year for Goodin House | (479.49) | |
| General Journal | 08/18/15 | Bettis C. Rainsford | Expenses for the year for Industrial Park | (700.00) | |
| General Journal | 08/18/15 | Bettis C. Rainsford | Expenses for the year for Little House | (87.75) | |
| General Journal | 08/18/15 | Bettis C. Rainsford | Expenses for the year for Post Office | (1,347.25) | |
| General Journal | 08/18/15 | Bettis C. Rainsford | Expenses for the year for Old Edgefield Grill | (4,792.49) | |
| General Journal | 08/18/15 | Bettis C. Rainsford | Expenses for the year for Penn Building | (447.11) | |
| General Journal | 08/18/15 | Bettis C. Rainsford | Expenses for the year for Turner Building | (4,744.75) | |
| | | | | 101,733.56 | (28,125.00) |

\* Management Fee expenses for Bettis C. Rainsford for the year have been accrued on the company's books but not paid.
\*\* Atlanta Postal Credit Union has received all rent checks during this year.